**98–1717.   Holliman v. Allstate Ins. Co.**

Franklin App. No. 97APE10–1327.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1906.   Klever v. Canton Sachsenheim, Inc.**

Stark App. No. 1998CA0010.   Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–1966, *supra.*

RESNICK and F.E. SWEENEY, JJ., dissent.